UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED KAPING, | No. 2:18-cv-02980-JAM-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| BARRETT DAFFIN FRAPPIER TREDER& WEISS, LLP, et al., | |
| Defendants. | |

Presently pending before the court is defendant Wells Fargo Bank, N.A.'s motion to dismiss, which the court took under submission without oral argument. (ECF Nos. 5, 9, 11.) Pursuant to Local Rule 230(c), and the court's December 3, 2018 minute order (ECF No. 11), defendant was required to file an opposition or statement of non-opposition to the motion no later than January 16, 2019, i.e. fourteen days before the vacated hearing date of January 30, 2019. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendant with one additional, final opportunity to oppose the motion. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file any opposition to defendant's motion to dismiss no later than February 25, 2019, and any reply brief is due March 4, 2019.

1

2. Plaintiff is cautioned that failure to respond to the motion in compliance with this order will be deemed to be his consent to dismissal of the action.

Dated: January 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE